**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| JOHNATHAN RICHARD WHITTINGTON,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>LISA SHANNON, et al.,  )<br>)<br>Defendants.  ) | Case No. CIV-19-782-J |

## JUDGMENT

Pursuant to the Order filed separately this same date, Judgment is granted against Plaintiff and in favor of Defendants.

ENTERED this 3rd day of June, 2020.

_____
BERNARD M. JONES
UNITED STATES DISTRICT JUDGE